MANDELLA M. CAHILL, as Executrix of WILLIAM P. W. HAFF, Deceased, Respondent, *v.* HARMON B. W. HAFF, Appellant.

(Submitted December 3, 1928; decided December 31, 1928.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 377; 249 N. Y. 509, 528.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant and Respondent, *v.* JOHN R. YALE et al., as Assessors of the Tax District of the Town of Southeast, Putnam County, Respondents and Appellants.

(Submitted January 7, 1929; decided January 8, 1929.)

Motion to amend remittitur granted and remittitur amended so as to direct the striking out of the award of costs and extra allowance.   (See 249 N. Y. 150.)

In the Matter of the Claim of ELSIE CANIANO, Respondent, against YELLOW TAXI CORPORATION, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 7, 1929; decided January 15, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 249 N. Y. 521.)